AO 442 (Rev. 01/09) Arrest Warrant                                        ATF 2016025

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   10-20896-CR-JAL(s) |
| JAMARQUIS TERRELL REID, et al. | ) | |
| Defendants. | ) | |

```
FILED by _____ D.C.
APR 0 5 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     QUARTAVIOUS DAVIS                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit a Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a) and Possession of Firearm in Furtherance of a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

Date: 02/18/11

_____
*Issuing officer's signature*

City and state:   Miami, FL

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* __02-23-11__ , and the person was arrested on *(date)* __02-25-11__
at *(city and state)*   Subject was brought down on a WHCAP from Broward Co. Jail, Ft. Lauderdale, FL by USMS.

Date:   03-23-11                                       BY:   JOE GOSK, SDUSM, SD/FL
_____
*Arresting officer's signature*

NEIL DESOUSA, ACTING U.S. MARSHAL, SD/FL
_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 10-20896-CR-JAL(s)

### BOND RECOMMENDATION

DEFENDANT: QUARTAVIOUS DAVIS

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Roy K. Altman

Last Known Address: _____

What Facility: _____

Agent(s): MDPD
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)