10-0555AF10

Docket No. _____ Page __1__

# IN THE CIRCUIT/COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA.

STATE OF FLORIDA

vs.    **WARRANT TO ARREST**

QUARTAVIUS STEFON DAVIS

COUNT I
*ROBBERY (FIREARM)*

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR THE SHERIFFS AND CONSTABLES OF THE STATE OF FLORIDA:

WHEREAS, **Detective Mark Copley**, of the **Broward Sheriffs Office** has this day made oath before me that **on the 1st day of October, A.D. 2010**, in the County aforesaid, one **Quartavius Stefon Davis** did unlawfully take from the person or custody of **The Employees of Mayor's Jewelry, Weston, Florida**, certain property of the value of over two hundred thousand dollars ($200,000.00), to-wit: Rolex and Cartier watches, with the intent to permanently or temporarily deprive **The Employees of Mayor's Jewelry, Weston, Florida** of a right to the property or a benefit therefrom, by the use of force, violence, assault or putting the said **The Employees of Mayor's Jewelry, Weston, Florida** in fear, and in the course thereof, there was carried a firearm or other deadly weapon, more particularly a firearm which was in the actual possession of an accomplice of Quartavius Stefon Davis, contrary to F.S. 812.13(1), F.S. 812.13(2)(a) and F.S. 775.087(2)(a)1.c.,(L9),

The offense(s) set forth in the foregoing Warrant is/are contrary to the statute(s) in such case made and provided, and against the peace and dignity of the State of Florida. Attached hereto and made a part hereof by incorporation is the Affidavit executed by **Detective Mark Copley**, Affiant herein.

THESE ARE, THEREFORE, to command you forthwith to arrest the said **Quartavius Stefon Davis**, and bring him/her before me to be dealt with according to law.

Given under my hand and seal this **30th** day of **November**, A.D. 2010.

HONORABLE  DAVID A. HAIMES
Judge of the Circuit/County Court

A TRUE COPY
CIRCUIT COURT SEAL

UNITED STATES v. DAVIS
CASE NO. 10cr20896
Davis EXHIBIT 104

BS000230

Docket No. 10-0555 AF10

# IN THE CIRCUIT COURT OF THE
## SEVENTEENTH JUDICIAL CIRCUIT,
### IN AND FOR BROWARD COUNTY, FLORIDA

**STATE OF FLORIDA**

**Vs**

**Quartavius Stefon Davis B/M Defendant**
**DOB 8/12/1991**
**Florida DL/ID # D120-717-91-292-0**

**AFFIDAVIT TO ARREST**

FELONY

BEFORE ME, JUDGE _David A. Haimes_ of the Circuit Court of the Seventeenth Judicial District in and for Broward County, State of Florida, personally came <u>Detective Mark Copley</u>, who after being duly sworn, deposes and says that on the __1st__ day of October, 2010, in the County and State aforesaid, one Quartavius Stefon Davis did then and there unlawfully: commit the offense of Armed Robbery with a Firearm F.S.S. 812.13 (2a) to wit:

On October 1st, 2010 at approximately 10:25 A.M. numerous Broward Sheriff's Office Deputies responded to the Mayor's Jewelry Store located at 4471 Weston Road Weston, Florida in reference to an Armed Robbery. At the scene, deputies met with the Mayor's Jewelry Store employees who were all victims. They stated that three black males entered the business, pepper sprayed the security guard, and then ordered everyone to the ground at gunpoint. The subjects then began smashing the glass display windows with hammers and grabbed several Rolex and Cartier watches valued at over $200,000 dollars. The subjects then ran to a waiting silver/gray 4 door BMW X5 which fled the crime scene. While the deputies were still on scene, Det. Fred Anderson and I were called to the scene to handle the investigation.

Your affiant was assigned the follow-up investigation. Your affiant is a sworn law enforcement officer employed by the Broward Sheriff's Office. Affiant is assigned to the Criminal Investigations/Robbery Unit at the Broward Sheriff's Office located at 2601 West Broward Blvd. Ft. Lauderdale Florida. Affiant has been a law enforcement officer since 1991.

After arriving on scene, Det Anderson and I met with the Mayor Jewelry Store employees/victims. They stated that three subjects entered the business. The first subject that entered pepper sprayed the security guard then two other subjects entered. The first subject then pulled out a handgun and ordered everyone to the ground at gunpoint. The other two subjects then began smashing the glass display windows with hammers. All three subjects then reached into the smashed display windows and grabbed several Rolex and Cartier watches. Det Anderson and I viewed the Mayor's Jewelry Store's video cameras. The three Armed Robbery subjects can be seen driving up in front of the business in a silver/gray 4 door BMW X5. The subjects exit the BMW X5 enter the Mayors and shortly thereafter run back and flee the crime scene in the same vehicle. It should be noted that just after this Armed Robbery, deputies located a silver/gray 4 door BMW X5 Florida tag R02 4TM. The vehicle was located one block from the Mayor's Jewelry Store, with the doors open and the vehicle still running. The vehicle was reported stolen by the Miramar Police Department on 9/25/10.

Crime Scene Detective Slagle/Grant and CSIA Bscombe-Williams processed the Mayor's Jewelry store along with the stolen BMW X5. Blood evidence was recovered from within the BMW X5, and inside the

10-0555AF10

Page 2 of 2

AFFIDAVIT TO ARREST
State of Florida vs. Quartavius Stefon Davis

Mayor's Jewelry Store.

In an attempt to obtain information on the suspects responsible for committing this Armed Robbery, the Mayor's Jewelry Store's surveillance video was released to the media. As a result of the media release several Crime-Stopper tips came in stating that Michael Martin, Sylvester Fisher and "Quat" Quartavius Davis were involved in this Mayor's Jewelry Store Armed Robbery.

On November 9, and 19th, 2010, investigators received information from the Crime Lab that both Michael Martin's and Sylvester Fisher's DNA linked them to this Armed Robbery. Arrest Warrants were obtained for both subjects.

On November 23, 2010, Michael Martin was arrested based on the Arrest Warrant we had for him. Det Anderson and I interviewed Martin. Post Miranda, Martin gave a very detailed confession as to his involvement in this Armed Robbery. Martin also identified Sylvester Fisher and Quartavius Davis as the other two subjects he was with when they all committed the Armed Robbery at the Mayor's Jewelry Store.

Based on the above information and the facts in this case, this affiant has probable cause to believe that defendant Quartavius Stefon Davis committed an Armed Robbery with a Firearm. This affiant further asks that an arrest warrant be issued for the arrest of Defendant Quartavius Stefon Davis.

The offense(s) set forth in the foregoing Affidavit is/are contrary to the statute(s) in such case made and provided, and against the peace and dignity of the State of Florida.

Affiant _Det Mark Copley_

Sworn to and subscribed before me
this _30th_ day of _November_,
A.D. 20_10_.

_____ (Seals)
JUDGE, CIRCUIT COURT
DAVID A. HAIMES

**A TRUE COPY**
**CIRCUIT COURT SEAL**