1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

2

3

Case 10-20896-CR-GOLD

4

*THE UNITED STATES OF AMERICA,*

5

        Plaintiff,

**COURTROOM 11-1**

6

  vs.

**MIAMI, FLORIDA**

7

*QUARTAVIOUS DAVIS,*

**FEBRUARY 9, 2012**

8

       Defendant.

(Pages 1 - 22)

9

10

**JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE ALAN S. GOLD
SENIOR UNITED STATES DISTRICT JUDGE**

11

12

13

<u>APPEARANCES</u>:

14

**FOR THE GOVERNMENT:**   **ROY K. ALTMAN, A.U.S.A.
AMANDA PERWIN, A.U.S.A.**
99 N.E. 4th Street

15

Miami, FL  33132       305.961.9435

16

17

**FOR THE DEFENDANT:**   **MICHAEL ZELMAN, ESQ.**
201 Alhambra Circle, Suite 711

18

Coral Gables, FL 33134   305.358.1600
(Fax) 305.442.0099

19

20

**REPORTED BY:**   **JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRR**
*Official United States Court Reporter*

21

*Federally Certified Realtime Reporter*
Wilkie D. Ferguson, Jr., United States Courthouse

22

400 North Miami Avenue, Suite 11-1
Miami, FL  33128      305.523.5588

23

(Fax) 305.523.5589
josephamillikan@gmail.com

24

25

1          **TABLE OF CONTENTS**

2                                                                  <u>Page</u>

3  Reporter's Certificate ..................................... 19

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE COURT:  Good morning.  May I have appearances,

2     please

3          MR. ALTMAN:  Good morning, Your Honor.  Roy Altman and

4     Amanda Perwin on behalf of the United States.

5          MR. ZELMAN:  Good morning, Your Honor.  Michael Zelman

6     on behalf of Quartavious Davis who is present in court.

10:43:36     7          THE COURT:  Thank you.  So the jury has requested to

10:43:39     8     watch the Wendy's video.  We're ready to go on that?

10:43:43     9          MR. ALTMAN:  Yes, Your Honor.

10:43:50    10          THE COURT:  Can you put it on the screen and stop it?

10:43:53    11          MR. ALTMAN:  Will do.

10:43:54    12          THE COURT:  Because I don't want them to see the list.

10:43:57    13          MR. ALTMAN:  Those are all in evidence, but I'll do

10:43:59    14     that.

10:44:00    15          THE COURT:  Okay.  All right.  Let's bring in the jury.

10:44:11    16          MR. ALTMAN:  Would you like me to stay here, Judge?

10:44:14    17          THE COURT:  Yes.

10:44:16    18        [The jury returns to the courtroom at 10:44 a.m.]

10:44:52    19          THE COURT:  Please be seated.

10:44:54    20          Members of the jury, good morning.  We have your note

10:44:59    21     and we're ready to show you the video you requested.

22        [The video recording was played at 10:44 a.m.]

10:45:18    23          THE COURT:  Mr. Altman, I am going to ask that you play

10:45:20    24     it through two times so that they have a chance to see it.

10:45:24    25          MR. ALTMAN:  Yes, sir.

| | | |
|---|---|---|
| 10:45:27 | 1 | [The video recording was played at 10:45 a.m.] |
| 10:50:28 | 2 | THE COURT:  Does anybody wish to see it again?  All |
| 10:50:32 | 3 | right.  Then, thank you. |
| 10:50:36 | 4 | MR. ALTMAN:  No need to play it again? |
| 10:50:39 | 5 | THE COURT:  Anybody wish to see it again?  Thank you. |
| 10:50:42 | 6 | We're in recess until we hear further from the jury. |
| 10:50:47 | 7 | THE COURT SECURITY OFFICER:  All rise for the jury. |
| 10:50:49 | 8 | [The jury leaves the courtroom at 10:50 a.m.] |
| | 9 | [A recess was taken at 10:50 a.m.] |
| | 10 | **AFTER RECESS** |
| | 11 | [The proceedings in this cause resumed at 1:17 p.m.] |
| 13:18:04 | 12 | THE COURT:  Good afternoon.  Be seated, please.  We're |
| 13:18:06 | 13 | waiting for the defendant. |
| 13:20:11 | 14 | [The defendant enters the courtroom at 1:20 p.m.] |
| 13:20:31 | 15 | THE COURT:  I need just one moment, please. |
| 13:20:34 | 16 | MR. ALTMAN:  Yes, Your Honor. |
| 13:22:35 | 17 | THE COURT:  Let's get on the record and have |
| 13:22:38 | 18 | appearances, please. |
| 13:22:39 | 19 | MR. ALTMAN:  Good afternoon, Your Honor.  Roy Altman |
| 13:22:41 | 20 | and Amanda Perwin on behalf of the United States. |
| 13:22:45 | 21 | MR. ZELMAN:  Your Honor, good afternoon.  Michael |
| 13:22:46 | 22 | Zelman on behalf of Quartavious Davis, who is present in court. |
| 13:22:51 | 23 | THE COURT:  Thank you.  So you have a note from the |
| 13:22:56 | 24 | jury? |
| 13:22:56 | 25 | MR. ALTMAN:  No, Your Honor, we don't know what the |

13:22:58  1  note says.

13:23:00  2  **THE COURT:**  You haven't received copies?  Can you make

13:23:03  3  copies for me, please?  I'm sorry.  I thought they were made

13:23:13  4  already.  Give us one moment.  Would you give copies out,

13:24:15  5  please.

13:24:18  6  All right.  So you've now seen the note.  It asks why

13:25:21  7  Jamarquis Reid's name is not included in Counts 2 and 3 of the

13:25:26  8  superseding Indictment.

13:25:27  9  **MR. ALTMAN:**  Your Honor, the reason, as the Court may

13:25:31  10 be aware, is because at the time that that was committed -- that

13:25:34  11 robbery was committed on August 7, 2010.  Jamarquis Reid turned

13:25:41  12 18 on August 20th, 2010, and as the Court knows, the Department

13:25:46  13 of Justice has a policy of not charging juveniles, so we were

13:25:52  14 not permitted to charge Mr. Reid in Counts 2 and 3.

13:26:08  15 **THE COURT:**  Well, how do you want to handle this?  It

13:26:11  16 is not evidence in the case.  I don't know that there is a

13:26:15  17 dispute about it, but what is your thought about the issue?

13:26:23  18 **MR. ZELMAN:**  It is still being formulated, Judge.

13:26:25  19 **THE COURT:**  All right.  Take a moment.  Talk to your

13:26:27  20 client.

13:26:29  21 [Counsel and the defendant confer sotto voce at 1:26 p.m.]

13:27:08  22 **THE COURT:**  Maritza?

13:27:15  23 [There was a discussion off the record at 1:27 p.m.]

13:27:31  24 **MR. ZELMAN:**  I think, Judge, the Court should instruct

13:27:34  25 the jury that you are unable to answer their question and they

| | | |
|---|---|---|
| 13:27:37 | 1 | should continue their deliberations. |
| 13:27:41 | 2 | **THE COURT:** Well, I do try to help jurors with their |
| 13:27:45 | 3 | questions when they ask them, but it's not for me to introduce |
| 13:27:50 | 4 | matters that are not in evidence, so that's the dilemma here. |
| 13:27:58 | 5 | **MR. ZELMAN:** And I don't want the jury to be told |
| 13:28:01 | 6 | something that is not in evidence and that is why I think the |
| 13:28:04 | 7 | Court has to say, "I cannot answer this question." |
| 13:28:10 | 8 | **MR. ALTMAN:** Although, I guess the two things I would |
| 13:28:11 | 9 | say is I do believe that Martin or Smith testified that Reid was |
| 13:28:17 | 10 | now 19, but I guess theoretically his birthday could be earlier |
| 13:28:22 | 11 | than August, so that wouldn't necessarily mean that he was 17 at |
| 13:28:26 | 12 | the time. But this issue is not in dispute, I mean, his |
| 13:28:31 | 13 | birthday really is August 20th, 2010. There really is a policy |
| 13:28:36 | 14 | against prosecuting juveniles. |
| 13:28:43 | 15 | **THE COURT:** Well, I don't think that helps me very |
| 13:28:46 | 16 | much. |
| 13:28:47 | 17 | **MR. ZELMAN:** It doesn't help me. Judge, may I make a |
| 13:29:03 | 18 | suggestion? |
| 13:29:04 | 19 | **THE COURT:** Yes. |
| 13:29:04 | 20 | **MR. ZELMAN:** I think you can be a little bit more |
| 13:29:08 | 21 | explanatory and a little bit politer by saying sometimes there |
| 13:29:11 | 22 | are questions that you are just not able to answer and this is |
| 13:29:15 | 23 | one of those rare occasions. That way the jury is not going to |
| 13:29:18 | 24 | be discouraged from having a legitimate question in the future, |
| 13:29:23 | 25 | but yet we're telling them what is actually the correct |

| | | |
|---|---|---|
| 13:29:26 | 1 | response, which is you can't help them with this particular |
| 13:29:57 | 2 | issue. |
| 13:29:58 | 3 | **MR. ALTMAN:**  Judge, I don't know if it is possible for |
| 13:30:00 | 4 | the Court to take judicial note of a fact that's not in dispute. |
| 13:30:04 | 5 | **THE COURT:**  Well, the evidence on that is closed.  Of |
| 13:30:10 | 6 | course, if there was agreement that he was a juvenile, then I |
| 13:30:14 | 7 | could say there is no disagreement by the parties that he was a |
| 13:30:20 | 8 | juvenile at the time of the matters addressed in Counts 2 and 3. |
| 13:30:28 | 9 | **MR. ZELMAN:**  Judge, the reason why I don't want to do |
| 13:30:31 | 10 | that is I don't want to start a process by which the jury might |
| 13:30:34 | 11 | think that they could start asking questions about evidence in |
| 13:30:40 | 12 | the case. |
| 13:30:40 | 13 | **THE COURT:**  Well, it is not my desire to comment on the |
| 13:30:44 | 14 | evidence to the jury but, you know, this is a question which is |
| 13:30:54 | 15 | one that they are pondering, apparently, because of who was |
| 13:31:03 | 16 | involved based on the evidence. |
| 13:31:04 | 17 | **MR. ALTMAN:**  And in fairness, I think the absence of a |
| 13:31:07 | 18 | response may leave a misimpression with the jurors because it |
| 13:31:11 | 19 | seems like much of my closing -- some of my closing argument was |
| 13:31:15 | 20 | devoted to the fact that Smith had told the truth about his |
| 13:31:19 | 21 | brother, Reid, participating in these robberies, and if that's |
| 13:31:22 | 22 | true, the jurors are wondering why Reid wasn't charged in the |
| 13:31:27 | 23 | Little Caesar's robbery even though Willie Smith testified and |
| 13:31:31 | 24 | has always said that Reid was involved in the Little Caesar's |
| 13:31:34 | 25 | robbery which, of course, he was. |

| | | |
|---|---|---|
| 13:31:36 | 1 | The reason has nothing to do with Willie Smith's |
| 13:31:39 | 2 | credibility, which I assume is why Mr. Zelman doesn't want to |
| 13:31:45 | 3 | agree to the fact.  It has to do with the undisputed fact that |
| 13:31:47 | 4 | Reid was a juvenile at the time. |
| 13:31:49 | 5 | **MR. ZELMAN:**  No, I just gave my reason why I don't want |
| 13:31:52 | 6 | to tell the jury about something that is evidentiary and not in |
| 13:31:55 | 7 | evidence. |
| 13:32:06 | 8 | Also, Judge, I might as well state I have no idea when |
| 13:32:09 | 9 | Mr. Reid's birthday is.  I do recognize that the Justice |
| 13:32:13 | 10 | Department has had a policy regarding juveniles.  I don't know |
| 13:32:19 | 11 | the permutations of that policy, but I just think it is pretty |
| 13:32:23 | 12 | evident right now that we can't tell the jury something that is |
| 13:32:27 | 13 | evidentiary unless it is in evidence.  If it's not, then, if one |
| 13:32:29 | 14 | party objects, I think that is the end of the matter. |
| 13:32:32 | 15 | **MR. ALTMAN:**  I can show you what his birthday is if you |
| 13:32:35 | 16 | want. |
| 13:32:35 | 17 | **MR. ZELMAN:**  Roy, I am just not going to go that route. |
| 13:32:39 | 18 | **MR. ALTMAN:**  Okay.  So it has nothing to do with |
| 13:32:42 | 19 | whether it is his birthday or not. |
| 13:33:10 | 20 | **THE COURT:**  Well, this is a matter that I need a few |
| 13:33:13 | 21 | minutes to consider and part of my problem is that I usually |
| 13:33:18 | 22 | type out something and give it to you to look at here in court, |
| 13:33:25 | 23 | but my printer is not hooked up to this new computer.  So I have |
| 13:33:30 | 24 | to go back into chambers and that may mean going back and forth |
| 13:33:35 | 25 | for a few minutes. |

| | | |
|---|---|---|
| 13:33:37 | 1 | I'm going to ask you to stay here in court until I come |
| 13:33:45 | 2 | back with something in writing. |
| 13:33:47 | 3 | **THE COURT SECURITY OFFICER:**  All rise. |
| 13:33:49 | 4 | [There was a short recess taken at 1:33 p.m.] |
| | 5 | **AFTER RECESS** |
| 13:43:00 | 6 | [The proceedings in this cause resumed at 1:43 p.m.] |
| 13:43:03 | 7 | **THE COURTROOM DEPUTY:**  All rise. |
| 13:43:40 | 8 | **THE COURT:**  All right.  I have submitted an answer |
| 13:43:44 | 9 | which I believe is as far as I'm allowed to go on the case. |
| 13:43:49 | 10 | I've answered that:  Members of the jury, you have |
| 13:43:52 | 11 | inquired why Jamarquis Reid is not named as a defendant in |
| 13:43:56 | 12 | Counts 2 and 3.  While I understand why you may inquire about |
| 13:44:02 | 13 | the matter, I cannot answer your question directly because the |
| 13:44:06 | 14 | answer to your question was not part of the evidence in the |
| 13:44:09 | 15 | case.  The law forbids me to tell you about matters which are |
| 13:44:14 | 16 | extraneous to the evidence in the case. |
| 13:44:16 | 17 | **MR. ALTMAN:**  Your Honor, if I could just make a |
| 13:44:21 | 18 | suggestion.  The policy that the Department of Justice has is |
| 13:44:23 | 19 | not a factual issue.  In fact, I can imagine that if I had tried |
| 13:44:27 | 20 | to elicit that policy through any witness Mr. Zelman would have |
| 13:44:32 | 21 | objected, and rightfully so. |
| 13:44:34 | 22 | So it doesn't seem to be a matter that is properly |
| 13:44:37 | 23 | evidence or would have properly been evidence, and to the extent |
| 13:44:40 | 24 | that it is a question of prosecutorial discretion, it may very |
| 13:44:43 | 25 | well be a legal issue.  Without commenting on what Jamarquis |

| | | |
|---|---|---|
| 13:44:47 | 1 | Reid's age was, the Court could tell the jurors very simply, the |
| 13:44:51 | 2 | Department of Justice has a policy in place that -- |
| 13:44:54 | 3 | **THE COURT:**  Here is the problem with it.  Then there is |
| 13:44:57 | 4 | going to be further questions, how come -- I left the Indictment |
| 13:45:03 | 5 | on my desk by the computer.  I think he is named in the |
| 13:45:09 | 6 | conspiracy section in Count 1, right? |
| 13:45:12 | 7 | **MR. ALTMAN:**  That's correct. |
| 13:45:13 | 8 | **THE COURT:**  So was he over the age of 18 for certain of |
| 13:45:16 | 9 | the robberies? |
| 13:45:17 | 10 | **MR. ALTMAN:**  For all the rest of the robberies, yes. |
| 13:45:20 | 11 | **THE COURT:**  Okay.  So now the next question is, well, |
| 13:45:24 | 12 | you know, when was he 18 and how does that apply to each |
| 13:45:29 | 13 | robbery?  So now I am getting into much more than just general |
| 13:45:36 | 14 | statements of policies. |
| 13:45:37 | 15 | **MR. ALTMAN:**  Well, but the policy itself answers the |
| 13:45:40 | 16 | question with a logical inference. |
| 13:45:43 | 17 | **THE COURT:**  Sir, I am not going to comment on the |
| 13:45:46 | 18 | evidence which is not in evidence.  You know, you could have |
| 13:45:53 | 19 | asked the detective, who was your agent here, about that issue |
| 13:45:59 | 20 | when he was on the stand and that would have addressed some of |
| 13:46:02 | 21 | it but, you know, it's too late to introduce that kind of |
| 13:46:11 | 22 | discussion. |
| 13:46:15 | 23 | You know, then, as I said, the next logical question |
| 13:46:20 | 24 | is, well, how come he is in Count 1 and other counts, but not in |
| 13:46:25 | 25 | these counts?  And that is a comment on the evidence.  I don't |

| | | |
|---|---|---|
| 13:46:31 | 1 | know how else to deal with it. |
| 13:46:35 | 2 | **MR. ZELMAN:**  I don't have any objection to Your Honor's |
| 13:46:37 | 3 | proposal. |
| 13:46:42 | 4 | **THE COURT:**  Okay.  I mean, if you have some |
| 13:46:45 | 5 | constructive suggestion here -- I am sympathetic to the problem |
| 13:46:50 | 6 | and I'm suggesting here that there is an answer to the question, |
| 13:46:52 | 7 | but I'm not allowed to comment on it. |
| 13:46:55 | 8 | **MR. ALTMAN:**  I think that's fair, Judge.  If the Court |
| 13:46:58 | 9 | is not going to comment on the policy, then I think the |
| 13:47:02 | 10 | instruction that the Court has given is a proper one. |
| 13:47:11 | 11 | **THE COURT:**  All right.  Here's what we'll do:  I'm |
| 13:47:14 | 12 | going to sign the original and ask you to make -- file the |
| 13:47:18 | 13 | original of record and give copies to the -- to each member of |
| 13:47:25 | 14 | the jury. |
| 13:47:26 | 15 | **MR. ALTMAN:**  Your Honor, I'm sorry.  If I may just add |
| 13:47:28 | 16 | something.  Is it possible to add a sentence instructing the |
| 13:47:32 | 17 | jurors to focus only on what was the evidence in the case? |
| 13:47:39 | 18 | **THE COURT:**  Well, they can focus on what is in evidence |
| 13:47:43 | 19 | or what is not in evidence, so we discussed that with them. |
| 13:47:51 | 20 | **MR. ALTMAN:**  Okay. |
| 13:47:55 | 21 | **THE COURT:**  Go ahead and let's make copies for the |
| 13:47:58 | 22 | lawyers after.  You can pass them out.  All right.  We stand in |
| 13:48:02 | 23 | recess. |
| 13:48:03 | 24 | **THE COURT SECURITY OFFICER:**  All rise. |
| 13:48:05 | 25 | [There was a short recess taken at 1:48 p.m.] |

| | | |
|---|---|---|
| 14:07:24 | 1 | **<u>AFTER RECESS</u>** |
| | 2 | [The proceedings in this cause resumed at 2:07 p.m.] |
| 14:07:24 | 3 | **THE COURTROOM DEPUTY:**  All rise. |
| 14:07:28 | 4 | **THE COURT:**  Be seated, please.  Everyone is present. |
| 14:07:37 | 5 | I'm going to ask that those who are visiting please refrain from |
| 14:07:44 | 6 | any comment or expression when the verdict is reached.  I will |
| 14:07:51 | 7 | read the verdict into the record. |
| 14:07:54 | 8 | Bring in the jury, please. |
| 14:07:55 | 9 | **THE COURT SECURITY OFFICER:**  All rise for the jury. |
| 14:08:08 | 10 | **THE COURT:**  After the verdict is read I am going to |
| 14:08:10 | 11 | have everybody remain in court, the courtroom sealed pending |
| 14:08:16 | 12 | further order of the Court. |
| 14:08:20 | 13 | [The jury returns to the courtroom at 2:08 p.m.] |
| 14:08:37 | 14 | **THE COURT:**  Be seated, please.  Members of the jury, |
| 14:08:42 | 15 | have you selected a foreperson?  So may I inquire if the jury |
| 14:08:48 | 16 | has reached a verdict? |
| 14:08:51 | 17 | **THE FOREPERSON:**  Yes, we have. |
| 14:08:52 | 18 | **THE COURT:**  Do you have a copy with you? |
| 14:08:54 | 19 | **THE FOREPERSON:**  Yes. |
| 14:08:54 | 20 | **THE COURT:**  If you would give it to Mr. Holmes. |
| 14:09:12 | 21 | Thank you.  I need just a moment. |
| 14:09:21 | 22 | All right.  I'll now publish the verdict. |
| 14:09:41 | 23 | "The United States District Court, Southern District of |
| 14:09:42 | 24 | Florida, Case Number 10-20896-CR-Gold, United States of |
| 14:09:50 | 25 | America versus Quartavious Davis. |

| | | |
|---|---|---|
| 14:09:53 | 1 | "Verdict. |
| 14:09:54 | 2 | "1.  We, the jury, unanimously find the defendant, as |
| 14:09:59 | 3 | to Count 1 of the superseding Indictment, guilty. |
| 14:10:03 | 4 | "2.  We, the jury, unanimously find the defendant, as |
| 14:10:08 | 5 | to Count 2 of the superseding Indictment, guilty. |
| 14:10:12 | 6 | "3.  We, the jury, unanimously find the defendant, as |
| 14:10:15 | 7 | to Count 3 of the superseding Indictment, guilty.  The |
| 14:10:21 | 8 | defendant possessed a firearm in furtherance of the robbery. |
| 14:10:24 | 9 | "4.  We, the jury, unanimously find the defendant, as |
| 14:10:29 | 10 | to Count 4 of the superseding Indictment, guilty. |
| 14:10:33 | 11 | "5.  We, the jury, unanimously find the defendant, as |
| 14:10:36 | 12 | to Count 5 of the superseding Indictment, guilty.  The |
| 14:10:41 | 13 | defendant both carried or -- excuse me, the defendant both |
| 14:10:45 | 14 | used or carried a firearm in relation to the robbery and the |
| 14:10:49 | 15 | defendant possessed a firearm in furtherance of the robbery. |
| 14:10:52 | 16 | "6.  We, the jury, unanimously find the defendant, as |
| 14:10:57 | 17 | to Count 6 of the superseding Indictment, guilty. |
| 14:11:00 | 18 | "7.  We, the jury, unanimously find the defendant, as |
| 14:11:04 | 19 | to Count 7 of the superseding Indictment, guilty.  The |
| 14:11:09 | 20 | defendant both used or carried a firearm in relation to the |
| 14:11:12 | 21 | robbery and the defendant possessed a firearm in furtherance |
| 14:11:15 | 22 | of the robbery. |
| 14:11:16 | 23 | "8.  We, the jury, unanimously find the defendant, as |
| 14:11:20 | 24 | to Count 8 of the superseding Indictment, guilty. |
| 14:11:24 | 25 | "9.  We, the jury, unanimously find the defendant, as |



14:11:27  1    to Count 9 of the superseding Indictment, guilty.  The

14:11:31  2    defendant both used or carried a firearm in relation to the

14:11:35  3    robbery and the defendant possessed a firearm in furtherance

14:11:38  4    of the robbery.

14:11:39  5        "10.  We, the jury, unanimously find the defendant, as

14:11:43  6    to Count 10 of the superseding Indictment, guilty.

14:11:48  7        "11.  We, the jury, unanimously find the defendant, as

14:11:52  8    to Count 11 of the superseding Indictment, guilty.  The

14:11:56  9    defendant both used or carried a firearm in relation to the

14:11:59  10   robbery and the defendant possessed a firearm in furtherance

14:12:03  11   of the robbery.

14:12:04  12       "12.  We, the jury, unanimously find the defendant, as

14:12:08  13   to Count 13 of the superseding Indictment, guilty.

14:12:12  14       "13.  We, the jury, unanimously find the defendant, as

14:12:16  15   to Count 14 of the superseding Indictment, guilty.  The

14:12:20  16   defendant both used or carried a firearm in relation to the

14:12:23  17   robbery and the defendant possessed a firearm in furtherance

14:12:26  18   of the robbery.

14:12:27  19       "15.  We, the jury, unanimously find the defendant, as

14:12:33  20   to Count 15 of the superseding Indictment, guilty.

14:12:35  21       "16.  We, the jury, unanimously find the defendant, as

14:12:38  22   to Count 16 of the superseding Indictment, guilty.

14:12:42  23       "17.  We, the jury, unanimously find the defendant, as

14:12:46  24   to Count 17 of the superseding Indictment, guilty.  The

14:12:51  25   defendant possessed a firearm in furtherance of the robbery.

Jury Trial Proceedings

15

| | | |
|---|---|---|
| 14:12:55 | 1 | "So say we all." |
| 14:12:57 | 2 | Members of the jury, is this your verdict? |
| | 3 | **THE JURY PANEL:**  [Collectively answer "Yes."] |
| 14:13:02 | 4 | **THE COURT:**  Was it unanimously rendered? |
| 14:13:06 | 5 | **THE JURY PANEL:**  [Collectively answer "Yes."] |
| 14:13:06 | 6 | **THE COURT:**  I would ask that the jury be polled by |
| 14:13:08 | 7 | number only. |
| 14:13:09 | 8 | **THE COURTROOM DEPUTY:**  Yes, Your Honor. |
| | 9 | **BY THE COURTROOM DEPUTY:** |
| 14:13:11 | 10 | Q.  Ladies and gentlemen of the jury, if the verdict just read |
| 14:13:13 | 11 | is your verdict, please answer yes as I call out your number. |
| 14:13:17 | 12 | Juror Number 1? |
| 14:13:18 | 13 | A.  Yes. |
| 14:13:18 | 14 | Q.  Juror Number 2? |
| 14:13:19 | 15 | A.  Yes. |
| 14:13:19 | 16 | Q.  Juror Number 3? |
| 14:13:21 | 17 | A.  Yes. |
| 14:13:21 | 18 | Q.  Juror Number 4? |
| 14:13:23 | 19 | A.  Yes. |
| 14:13:23 | 20 | Q.  Juror Number 5? |
| 14:13:25 | 21 | A.  Yes. |
| 14:13:25 | 22 | Q.  Juror Number 6? |
| 14:13:26 | 23 | A.  Yes. |
| 14:13:26 | 24 | Q.  Juror Number 7? |
| 14:13:28 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 14:13:28 | 1 | Q.   Juror Number 8? |
| 14:13:30 | 2 | A.   Yes. |
| 14:13:30 | 3 | Q.   Juror Number 9? |
| 14:13:32 | 4 | A.   Yes. |
| 14:13:32 | 5 | Q.   Juror Number 10? |
| 14:13:34 | 6 | A.   Yes. |
| 14:13:34 | 7 | Q.   Juror Number 11? |
| 14:13:37 | 8 | A.   Yes. |
| 14:13:37 | 9 | Q.   Juror Number 12? |
| 14:13:38 | 10 | A.   Yes. |
| 14:13:39 | 11 | THE COURTROOM DEPUTY:   Thank you. |
| 14:13:40 | 12 | THE COURT:   Is there any reason why the jury should not |
| 14:13:43 | 13 | be discharged? |
| 14:13:43 | 14 | MR. ALTMAN:   No, Your Honor. |
| 14:13:44 | 15 | MR. ZELMAN:   No, sir. |
| 14:13:45 | 16 | THE COURT:   Members of the jury, I'm going to discharge |
| 14:13:47 | 17 | you from your jury service, but before you leave, I'm going to |
| 14:13:52 | 18 | ask if you would return to the jury room for just a few more |
| 14:13:55 | 19 | minutes so that I may appropriately come back and thank you for |
| 14:13:59 | 20 | your service. |
| 14:14:01 | 21 | THE COURT SECURITY OFFICER:   All rise for the jury. |
| 14:14:03 | 22 | [The jury leaves the courtroom at 2:14 p.m.] |
| 14:14:09 | 23 | THE COURT:   Everyone else will remain in court and the |
| 14:14:12 | 24 | courtroom will be sealed, please. |
| 14:14:15 | 25 | [There was a short recess taken at 2:14 p.m.] |

|          |    |                                                                            |
|----------|----|----------------------------------------------------------------------------|
| 14:19:14 | 1  | **AFTER RECESS**                                                           |
|          | 2  | [The proceedings in this cause resumed at 2:19 p.m.]                      |
| 14:19:14 | 3  | **THE COURT SECURITY OFFICER:**  All rise.                                |
| 14:19:18 | 4  | **THE COURT:**  Be seated, please.  I am going to make                    |
| 14:19:26 | 5  | copies of the verdict in just a few minutes and give each of you          |
| 14:19:31 | 6  | a copy.                                                                    |
| 14:19:33 | 7  | I am hereby, pursuant to the verdict of the jury,                         |
| 14:19:39 | 8  | entering judgment of guilt as to Counts 1, 2, 3, 4, 5, 6, 7, 8,           |
| 14:20:00 | 9  | 9, 10, 11, 13, 14, 15, 16 and 17 as set forth in the superseding          |
| 14:20:18 | 10 | Indictment and as included with the specific findings by the              |
| 14:20:25 | 11 | jury and judgment of guilt is now entered.                                |
| 14:20:28 | 12 | Sentencing is set for April 19th, 2012, at 4:30 p.m.                      |
| 14:20:37 | 13 | Now, I might have to make adjustments in the date depending upon          |
| 14:20:43 | 14 | how long it takes for the presentence report to be prepared and           |
| 14:20:48 | 15 | what time you need for objections.  Also, I want to know if you           |
| 14:20:55 | 16 | need additional time to file your motions in the case.                    |
| 14:21:00 | 17 | **MR. ZELMAN:**  Yes, Your Honor.  I would request an                     |
| 14:21:02 | 18 | additional 15 days.                                                        |
| 14:21:04 | 19 | **THE COURT:**  All right.  Would you be so kind as to                    |
| 14:21:06 | 20 | submit an order as soon as possible, because my understanding if          |
| 14:21:12 | 21 | I sign that outside the ten-day period, that means I've lost              |
| 14:21:18 | 22 | jurisdiction.  So I will give you that opportunity and see what           |
| 14:21:22 | 23 | the Government needs to respond.                                           |
| 14:21:25 | 24 | I did reserve to write on an issue which I assume will                    |
| 14:21:29 | 25 | come up through the post-trial matters and I have to figure out           |

| | | |
|---|---|---|
| 14:21:37 | 1 | how to set the argument on that in relationship to the |
| 14:21:42 | 2 | sentencing and all, so we have some matters still ahead of us. |
| 14:21:46 | 3 | Mr. Davis, our procedure here, then, is that before the |
| 14:21:52 | 4 | sentencing date, the probation officer will be contacting you to |
| 14:21:57 | 5 | obtain information that will be used in the preparation of the |
| 14:21:59 | 6 | presentence report.  When you meet with the probation officer, |
| 14:22:04 | 7 | your attorney may be with you if you desire that. |
| 14:22:07 | 8 | When the report is prepared, both sides will have the |
| 14:22:12 | 9 | opportunity to review it and to file with the Court any |
| 14:22:14 | 10 | objections or requests that are associated with it. |
| 14:22:18 | 11 | At your sentencing hearing, after I determine any |
| 14:22:24 | 12 | motions and assuming that's where we are, I will determine and |
| 14:22:30 | 13 | resolve any outstanding issues arising by way of objections.  I |
| 14:22:38 | 14 | also will hear any other arguments at that time. |
| 14:22:42 | 15 | At your sentencing you will have the opportunity to |
| 14:22:45 | 16 | make a statement on your own behalf.  Also, I'll hear from |
| 14:22:49 | 17 | anybody else who wishes to speak for you or to send a letter on |
| 14:22:54 | 18 | your behalf. |
| 14:22:55 | 19 | Is there anything else before the Court? |
| 14:22:57 | 20 | **MR. ALTMAN:**  No, Your Honor. |
| 14:22:58 | 21 | **MR. ZELMAN:**  No, sir. |
| 14:23:00 | 22 | **THE COURT:**  Then, thank you.  What I'm going to ask is |
| 14:23:03 | 23 | that everybody remain in court until it is determined that the |
| 14:23:07 | 24 | jurors have left the building. |
| 14:23:10 | 25 | **MR. ALTMAN:**  Thank you, Judge. |

14:23:11   1          THE COURT:  All right.  Thank you.

14:23:12   2          THE COURT SECURITY OFFICER:  All rise.

14:23:14   3       [The proceedings conclude at 2:23 p.m., 2/9/12.]

4

5                         **C E R T I F I C A T E**

6          I hereby certify that the foregoing is an accurate transcription of the

7    proceedings in the above-entitled matter.

8

9    _____02.09.12_____         _____
            DATE                **JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRR**
10                              *Official United States Court Reporter*
                                *Federally Certified Realtime Reporter*
11                              Wilkie D. Ferguson, Jr., United States Courthouse
                                400 North Miami Avenue, Suite 11-1
12                              Miami, FL  33128              305.523.5588
                                                     (Fax) 305.523.5589
13                              josephamillikan@gmail.com

14

15

16

17

18

19

20

21

22

23

24

25

**A**

able 6:22
about 5:17,17 7:11,20 8:6 9:12,15
     10:19
above-entitled 19:7
absence 7:17
accurate 19:6
actually 6:25
add 11:15,16
additional 17:16,18
addressed 7:8 10:20
adjustments 17:13
after 4:10 9:5 11:22 12:1,10 17:1
     18:11
afternoon 4:12,19,21
again 4:2,4,5
against 6:14
age 10:1,8
agent 10:19
agree 8:3
agreement 7:6
ahead 11:21 18:2
ALAN 1:10
Alhambra 1:17
allowed 9:9 11:7
already 5:4
Although 6:8
Altman 1:13 3:3,3 9:11,13,16,23,25
     4:4,16,19,19,25 5:9 6:8 7:3,17 8:15
     8:18 9:17 10:7,10,15 11:8,15,20
     16:14 18:20,25
always 7:24
Amanda 1:14 3:4 4:20
America 1:4 12:25
answer 5:25 6:7,22 9:8,13,14 11:6
     15:11
answered 9:10
answers 10:15
anybody 4:2,5 18:17
anything 18:19
apparently 7:15
appearances 1:12 3:1 4:18
apply 10:12
appropriately 16:19
April 17:12
argument 7:19 18:1
arguments 18:14
arising 18:13
asked 10:19
asking 7:11
asks 5:6
associated 18:10
assume 8:2 17:24
assuming 18:7
attorney 18:7
August 5:11,12 6:11,13
Avenue 1:22 19:11
aware 5:10
a.m 3:18,22 4:1,8,9
A.U.S.A 1:13,14

**B**

back 8:24,24 9:2 16:19
based 7:16
before 1:10 16:17 18:3,19
behalf 3:4,6 4:20,22 18:16,18
being 5:18
believe 6:9 9:9
birthday 6:10,13 8:9,15,19
bit 6:20,21
both 13:13,13,20 14:2,9,16 18:8
bring 3:15 12:8
brother 7:21
building 18:24

**C**

C 19:5,5
Caesar's 7:23,24
call 15:11
carried 13:13,14,20 14:2,9,16
case 1:3 5:16 7:12 9:9,15,16 11:17
     12:24 17:16
cause 4:11 9:6 12:2 17:2
certain 10:8
Certificate 2:3
Certified 1:21 19:10
certify

19:6
chambers 8:24
chance 3:24
charge 5:14
charged 7:22
charging 5:13
Circle 1:17
client 5:20
closed 7:5
closing 7:19,19
come 9:1 10:4,24 16:19 17:25
comment 7:13 10:17,25 11:7,9 12:6
commenting 9:25
committed 5:10,11
computer 8:23 10:5
conclude 19:3
confer 5:21
consider 8:21
conspiracy 10:6
constructive 11:5
contacting 18:4
CONTENTS 2:1
continue 6:1
copies 5:2,3,4 11:13,21 17:5
copy 12:18 17:6
Coral 1:18
correct 6:25 10:7
Counsel 5:21
Count 10:6,24 13:3,7,10,12,17,19,24
     14:1,6,8,13,15,20,22,24
counts 5:7,14 7:8 9:12 10:24,25 17:8
course 7:6,25
court 1:1,20 3:1,6,7,10,12,15,17,19,23
     4:2,5,7,12,15,17,22,23 5:2,9,12,15
     5:19,22,24 6:2,7,15,19 7:4,5,13
     8:20,22 9:1,3,8 10:1,3,8,11,17 11:4
     11:8,10,11,18,21,24 12:4,9,10,11,12
     12:14,18,20,23 15:4,6 16:12,16,21
     16:23,23 17:3,4,19 18:9,19,22,23
     19:1,2,10
Courthouse 1:21 19:11
courtroom 1:5 3:18 4:8,14 9:7 12:3,11
     12:13 15:8,9 16:11,22,24
credibility 8:2

**D**

D 1:21 19:11
date 17:13 18:4 19:9
Davis 1:7 3:6 4:22 12:25 18:3
days 17:18
deal 11:1
defendant 1:8,17 4:13,14 5:21 9:11
     13:2,4,6,8,9,11,13,13,15,16,18,20
     13:21,23,25 14:2,3,5,7,9,10,12,14
     14:16,17,19,21,23,25
deliberations 6:1
Department 5:12 8:10 9:18 10:2
depending 17:13
DEPUTY 9:7 12:3 15:8,9 16:11
desire 7:13 18:7
desk 10:5
detective 10:19
determine 18:11,12
determined 18:23
devoted 7:20
dilemma 6:4
directly 9:13
disagreement 7:7
discharge 16:16
discharged 16:13
discouraged 6:24
discretion 9:24
discussed 11:19
discussion 5:23 10:22
dispute 5:17 6:12 7:4
District 1:1,1,11 12:23,23
DIVISION 1:2

**E**

E 19:5,5
each 10:12 11:13 17:5
earlier 6:10
elicit 9:20
end 8:14
entered 17:11
entering 17:8
enters 4:14

ESQ 1:17
even 7:23
everybody 12:11 18:23
Everyone 12:4 16:23
evidence 3:13 5:16 6:4,6 7:5,11,14,16
     8:7,13 9:14,16,23,23 10:18,18,25
     11:17,18,19
evident 8:12
evidentiary 8:6,13
excuse 13:13
explanatory 6:21
expression 12:6
extent 9:23
extraneous 9:16

**F**

F 19:5
fact 7:4,20 8:3,3 9:19
factual 9:19
fair 11:8
fairness 7:17
far 9:9
Fax 1:18,23 19:12
FEBRUARY 1:7
Federally 1:21 19:10
Ferguson 1:21 19:11
few 8:20,25 16:18 17:5
figure 17:25
file 11:12 17:16 18:9
find 13:2,4,6,9,11,16,18,23,2 5 14:5,7
     14:12,14,19,21,23
findings 17:10
firearm 13:8,14,15,20,2 1 14:2,3,9,10
     14:16,17,25
FL 1:15,18,22 19:12
Florida 1:1,6 12:24
focus 11:17,18
forbids 9:15
foregoing 19:6
foreperson 12:15,17,19
formulated 5:18
forth 8:24 17:9
from 4:6,23 6:24 12:5 16:17 18:16
further 4:6 10:4 12:12
furtherance 13:8,15,21 14:3,10,17,25
future 6:24

**G**

Gables 1:18
gave 8:5
general 10:13
gentlemen 15:10
getting 10:13
give 5:4,4 8:22 11:13 12:20 17:5,22
given 11:10
go 3:8 8:17,24 9:9 11:21
going 3:23 6:23 8:17,24 9:1 10:4,17
     11:9,12 12:5,10 16:16,17 17:4
     18:22
GOLD 1:10
good 3:1,3,5,20 4:12,19,21
Government 1:13 17:23
guess 6:8,10
guilt 17:8,11
guilty 13:3,5,7,10,12,17,19,2 4 14:1,6,8
     14:13,15,20,22,24

**H**

handle 5:15
having 6:24
hear 4:6 18:14,16
hearing 18:11
help 6:2,17 7:1
helps 6:15
Holmes 12:20
Honor 3:3,5,9 4:16,19,21,25 5:9 9:17
     11:3,15 15:8 16:14 17:17 18:20
HONORABLE 1:10
Honor's 11:2
hooked 8:23

**I**

idea 8:8
imagine 9:19
included 5:7 17:10
Indictment 5:8 10:4 13:3,5,7,10,12,17

13:19,24 14:1,6,8,13,15,20,22,24
     17:10
inference 10:16
information 18:5
inquire 9:12 12:15
inquired 9:11
instruct 5:24
instructing 11:16
instruction 11:10
introduce 6:3 10:21
involved 7:16,24
issue 5:17 6:12 7:2 9:19,25 10:19
     17:24
issues 18:13

**J**

Jamarquis 5:7,11 9:11,25
JOSEPH 1:20 19:9
josephamillikan@gmail.com 1:23
     19:13
Jr 1:21 19:11
Judge 1:11 3:16 5:18,24 6:17 7:3,9
     8:3 11:8 18:25
judgment 17:8,11
judicial 7:4
jurisdiction 17:22
Juror 15:12,14,16,18,20,22,2 4 16:1,3
     16:5,7,9
jurors 6:2 7:18,22 10:1 11:17 18:24
jury 1:10 3:7,15,18,20 4:6,11,14 5:24
     6:5,23 7:10,14 8:6,12 9:10 11:14
     12:8,9,13,14,15 13:2,4,6,9,11,16,18
     13:23,25 14:5,7,12,14,19,21,23 15:2
     15:3,5,6,10 16:12,16,17,18,21,2 2,27
     17:7,11
just 4:15 6:22 8:5,11,17 9:17 10:13
     12:5,21 15:10 16:18 17:5
Justice 5:13 8:9 9:18 10:2
juvenile 7:6,8 8:4
juveniles 5:13 6:14 8:10

**K**

K 1:13
kind 10:21 17:19
know 4:25 5:16 7:3,14 8:10 10:12,18
     10:21,23 11:1 17:15
knows 5:12

**L**

Ladies 15:10
late 10:21
law 9:15
lawyers 11:22
leave 7:18 16:17
leaves 4:8 16:22
left 10:4 18:24
legal 9:25
legitimate 6:24
letter 18:17
let's 3:15 4:17 11:21
like 3:16 7:19
list 3:12
little 6:20,21 7:23,24
logical 10:16,23
long 17:14
look 8:22
lost 17:21

**M**

made 5:3
make 5:2 6:17 9:17 11:12,21 17:4,13
     18:16
Maritza 5:22
Martin 6:9
matter 8:14,20 9:13,22 19:7
matters 6:4 7:8 9:15 17:25 18:2
may 3:1 5:9 6:17 7:18 8:24 9:12,24
     11:15 12:15 16:19 18:7
mean 6:11,12 8:24 11:4
means 17:21
meet 18:6
member 11:13
Members 3:20 9:10 12:14 15:2 16:16
Miami 1:2,6,15,22,22 19:11,12
Michael 1:17 3:5 4:21
might 7:10 8:8 17:13

**MILLIKAN** 1:20 19:9
**minutes** 8:21,25 16:19 17:5
**misimpression** 7:18
**moment** 4:15 5:4,19 12:21
**more** 6:20 10:13 16:18
**morning** 3:1,3,5,20
**motions** 17:16 18:12
**much** 6:16 7:19 10:13

**N**

**name** 5:7
**named** 9:11 10:5
**necessarily** 6:11
**need** 4:4,15 8:20 12:21 17:15,16
**needs** 17:23
**new** 8:23
**next** 10:11,23
**North** 1:22 19:11
**note** 3:20 4:23 5:1,6 7:4
**nothing** 8:1,18
**number** 12:24 15:7,11,12,14,16,18,20 15:22,24 16:1,3,5,7,9
**N.E** 1:14

**O**

**objected** 9:21
**objection** 11:2
**objections** 17:15 18:10,13
**objects** 8:14
**obtain** 18:5
**occasions** 6:23
**off** 5:23
**officer** 4:19,3 11:24 12:9 16:21 17:3 18:4,6 19:2
**Official** 1:20 19:10
**Okay** 3:15 8:18 10:11 11:4,20
**one** 4:15 5:4 6:23 7:15 8:13 11:10
**only** 11:17 15:7
**opportunity** 17:22 18:9,15
**order** 12:12 17:20
**original** 11:12,13
**other** 10:24 18:14
**out** 5:4 8:22 11:22 15:11 17:25
**outside** 17:21
**outstanding** 18:13
**over** 10:8
**own** 18:16

**P**

**Page** 2:2
**Pages** 1:8
**part** 8:21 9:14
**participating** 7:21
**particular** 7:1
**parties** 7:7
**party** 8:14
**pass** 11:22
**pending** 12:11
**period** 17:21
**permitted** 5:14
**permutations** 8:11
**Perwin** 1:14 3:4 4:20
**place** 10:2
**Plaintiff** 1:5
**play** 3:23 4:4
**played** 3:22 4:1
**please** 3:2,19 4:12,15,18 5:3,5 12:4,5,8 12:14 15:11 16:24 17:4
**policies** 10:14
**policy** 5:13 6:13 8:10,11 9:18,20 10:2 10:15 11:9
**politer** 6:21
**polled** 15:6
**pondering** 7:15
**possessed** 13:8,15,21 14:3,10,17,25
**possible** 7:3 11:16 17:20
**post-trial** 17:25
**preparation** 18:5
**prepared** 17:14 18:8
**present** 3:6 4:22 12:4
**presentence** 17:14 18:6
**pretty** 8:11
**printer** 8:23
**probation** 18:4,6
**problem** 8:21 10:3 11:5
**procedure** 18:3
**proceedings**

1:10 4:11 9:6 12:2 17:2 19:3,7
**process** 7:10
**proper** 11:10
**properly** 9:22,23
**proposal** 11:3
**prosecuting** 6:14
**prosecutorial** 9:24
**publish** 12:22
**pursuant** 17:7
**put** 3:10
**p.m** 4:11,14 5:21,23 9:4,6 11:25 12:2 12:13 16:22,25 17:2,12 19:3

**Q**

**Quartavious** 1:7 3:6 4:22 12:25
**question** 5:25 6:7,24 7:14 9:13,14,24 10:11,16,23 11:6
**questions** 6:3,22 7:11 10:4

**R**

**R** 19:5
**rare** 6:23
**reached** 12:6,16
**read** 12:7,10 15:10
**ready** 3:8,21
**really** 6:13,13
**Realtime** 1:21 19:10
**reason** 5:9 7:9 8:1,5 16:12
**received** 5:2
**recess** 4:6,9,10 9:4,5 11:23,25 12:1 16:25 17:1
**recognize** 8:9
**record** 4:17 5:23 11:13 12:7
**recording** 3:22 4:1
**refrain** 12:5
**regarding** 8:10
**Reid** 5:11,14 6:9 7:21,22,24 8:4 9:11
**Reid's** 5:7 8:9 10:1
**relation** 13:14,20 14:2,9,16
**relationship** 18:1
**remain** 12:11 16:23 18:23
**rendered** 15:4
**report** 17:14 18:6,8
**REPORTED** 1:20
**Reporter** 1:20,21 19:10,10
**Reporter's** 2:3
**request** 17:17
**requested** 3:17
**requests** 18:10
**reserve** 17:24
**resolve** 18:13
**respond** 17:23
**response** 7:1,18
**rest** 10:10
**resumed** 4:11 9:6 12:2 17:2
**return** 16:18
**returns** 3:18 12:13
**review** 18:9
**right** 3:15 4:3 5:6,19 8:12 9:8 10:6 11:11,22 12:22 17:19 19:1
**rightfully** 9:21
**rise** 4:7 9:3,7 11:24 12:3,9 16:21 17:3 19:2
**robberies** 7:21 10:9,10
**robbery** 5:11 7:23,25 10:13 13:8,14,15 13:21,22 14:3,4,10,11,17,18,25
**room** 16:18
**route** 8:17
**Roy** 1:13 3:3 4:19 8:17
**RPR-CM -NSC-FCRR** 1:20 19:9

**S**

**S** 1:10
**saying** 6:21
**says** 5:1
**screen** 3:10
**sealed** 12:11 16:24
**seated** 3:19 4:12 12:4,14 17:4
**section** 10:6
**SECURITY** 4:7 9:3 11:24 12:9 16:21 17:3 19:2
**see** 3:12,24 4:2,5 17:22
**seem** 9:22
**seems** 7:19
**seen** 5:6
**selected**

12:15
**send** 18:17
**SENIOR** 1:11
**sentence** 11:16
**sentencing** 17:12 18:2,4,11,15
**service** 16:17,20
**set** 17:9,12 18:1
**short** 9:4 11:25 16:25
**show** 3:21 8:15
**sides** 18:8
**sign** 1:11,12 17:21
**simply** 10:1
**sir** 3:25 10:17 16:15 18:21
**Smith** 6:9 7:20,23
**Smith's** 8:1
**some** 7:19 10:20 11:4 18:2
**something** 6:6 8:6,12,22 9:2 11:16
**sometimes** 6:21
**soon** 17:20
**sorry** 5:3 11:15
**sotto** 5:21
**Southern** 1:1 12:23
**speak** 18:17
**specific** 17:10
**stand** 10:20 11:22
**start** 7:10,11
**state** 8:8
**statement** 18:16
**statements** 10:14
**States** 1:1,4,11,20 3:4 4:20 12:23,24 19:10
**stay** 3:16 9:1
**Ste** 1:17
**still** 5:18 18:2
**stop** 3:10
**Street** 1:14
**submit** 17:20
**submitted** 9:8
**suggesting** 11:6
**suggestion** 6:18 9:18 11:5
**Suite** 1:22 19:11
**superseding** 5:8 13:3,5,7,10,12,17,19 13:24 14:1,6,8,13,15,20,22,24 17:9
**sympathetic** 11:5

**T**

**T** 19:5,5
**TABLE** 2:1
**take** 5:19 7:4
**taken** 4:9 9:4 11:25 16:25
**takes** 17:14
**Talk** 5:19
**tell** 8:6,12 9:15 10:1
**telling** 6:25
**ten-day** 17:3
**testified** 6:9 7:23
**thank** 3:7 4:3,5,23 12:21 16:11,19 18:22,25 19:1
**their** 5:25 6:1,2
**theoretically** 6:10
**things** 6:8
**think** 5:24 6:6,15,20 7:11,17 8:11,14 10:5 11:8,9
**though** 7:23
**thought** 5:3,17
**through** 3:24 9:20 17:25
**time** 5:10 6:12 7:8 8:4 17:15,16 18:14
**times** 3:24
**told** 6:5 7:20
**transcription** 19:7
**TRIAL** 1:19
**tried** 9:19
**true** 7:22
**truth** 7:20
**try** 6:2
**turned** 5:11
**two** 3:24 6:8
**type** 8:22

**U**

**unable** 5:25
**unanimously** 13:2,4,6,9,11,16,18,23 13:25 14:5,7,12,14,19,21,2,3 15:4
**understand** 9:12
**understanding** 17:20
**undisputed** 8:3
**United** 1:1,4,11,20 3:4 4:20 12:23,24

19:10
**unless** 8:13
**until** 4:6 9:1 18:23
**used** 13:14,20 14:2,9,16 18:5
**usually** 8:21
**U.S** 1:21 19:11

**V**

**verdict** 12:6,7,10,16,22 13:1 15:2,10 15:11 17:5,7
**versus** 12:25
**very** 6:15 9:24 10:1
**video** 3:8,21,22 4:1
**visiting** 12:5
**voce** 5:21
**vs** 1:6

**W**

**waiting** 4:13
**want** 3:12 5:15 6:5 7:9,10 8:2,5,16 17:15
**wasn't** 7:22
**watch** 3:8
**way** 6:23 18:13
**well** 5:15 6:2,15 7:5,13 8:8,20 9:25 10:11,15,24 11:18
**Wendy's** 3:8
**were** 5:3,13
**we'll** 11:11
**we're** 3:8,21 4:6,12 6:25
**While** 9:12
**Wilkie** 1:21 19:11
**Willie** 3:23 8:1
**wish** 4:2,5
**wishes** 18:17
**witness** 9:20
**wondering** 7:22
**wouldn't** 6:11
**write** 17:24
**writing** 9:2

**Z**

**Zelman** 1:17 3:5,5 4:21,22 5:18,24 6:5 6:17,20 7:9 8:2,5,17 9:20 11:2 16:15 17:17 18:21

**1**

**1** 1:8 10:6,24 13:2,3 15:12 17:8
**1:17** 4:11
**1:20** 4:14
**1:26** 5:21
**1:27** 5:23
**1:33** 9:4
**1:43** 9:6
**1:48** 11:25
**10** 14:5,6 16:5 17:9
**10-20896-CR-Gold** 1:3 12:24
**10:44** 3:18,22
**10:45** 4:1
**10:50** 4:8,9
**11** 14:7,8 16:7 17:9
**11-1** 1:5,22 19:11
**12** 14:12 16:9
**13** 14:13,14 17:9
**14** 14:15 17:9
**15** 14:19,20 17:9,18
**16** 14:21,22 17:9
**17** 6:11 14:23,24 17:9
**18** 12:2 10:8,12
**19** 2:3 6:10
**19th** 17:12

**2**

**2** 5:7,14 7:8 9:12 13:4,5 15:14 17:8
**2/9/12** 19:3
**2:07** 12:2
**2:08** 12:13
**2:14** 16:22,25
**2:19** 17:2
**2:23** 19:3
**20th** 5:12 6:13
**201** 1:17
**2010** 5:11,12 6:13
**2012** 1:7 17:12

**3**

**3** 5:7,14 7:8 9:12 13:6,7 15:16 17:8
**305.358.1600** 1:18
**305.442.0099** 1:18
**305.523.5588** 1:22 19:12
**305.523.5589** 1:23 19:12
**305.961.9435** 1:15
**33128** 1:22 19:12
**33132** 1:15
**33134** 1:18

**4**

**4** 13:9,10 15:18 17:8
**4th** 1:14
**4:30** 17:12
**400** 1:22 19:11

**5**

**5** 13:11,12 15:20 17:8

**6**

**6** 13:16,17 15:22 17:8

**7**

**7** 5:11 13:18,19 15:24 17:8
**711** 1:17

**8**

**8** 13:23,24 16:1 17:8

**9**

**9** 1:7 13:25 14:1 16:3 17:9
**99** 1:14