# GOVERNMENT'S TRIAL EXHIBIT LIST

## UNITED STATES v. QUARTAVIOUS DAVIS

### CASE NO. 10-20896-CR-JAL/ASG

**DATE:** January 30, 2012

**ATTORNEYS:** Michael Zelman, esq., Attorney for Davis
Roy Altman and Amanda Perwin, Assistant United States Attorneys

| NO. | Date Admitted | Witness | Other Witness | Bates Number | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | J. Vedda | Martin/ Reid | 3232-3233 | Weston Mayor's Surveillance Video |
| 2 | | N/A | | 3298 | DVD of Rahman Testimony |
| 2A-H | | Rahman | | 855-862 | Photos of Amerika Gas Station |
| 3A-E | | Slagle-Grant | Arce/ Martin | 171-183/3230 | Photos of Weston Mayor's |
| 4A | | Slagle-Grant | Vedda | N/A | Rolex Watch Holder (With Blood) |
| 4B | | Slagle-Grant | Saunders | N/A | Swabs of Michael Martin's Blood From Rolex Watch Holder |
| 5A-V | | Slagle-Grant | M. Martin/ Arce | 171-183/3231 | Photos of Blue BMW |
| 6 | | Slagle-Grant | Vedda/ Arce | N/A | Rolex Watch Holders Taken From BMW |
| 7 | | Slagle-Grant | Arce | N/A | Gucci Sunglasses Case |
| 8A | | Slagle-Grant | Saunders | N/A | BMW26: Swabs of Martin's Blood From BMW (right rear passenger cushion) |

| | | | | | |
|---|---|---|---|---|---|
| 8B | | Slagle-Grant | Saunders | N/A | BMW24: Swabs of Martin's Blood From BMW (rear right front passenger back rest) |
| 9 | | Slagle-Grant | Saunders | N/A | BMW28: Swabs of QD's Blood From BMW |
| 10A | | J. Vedda | Slagle-Grant/ Arce | N/A | Gucci Sunglasses |
| 10B | | Slagle-Grant | Saunders | N/A | Swabs From Gucci Sunglasses |
| 11A | | F. Anderson | Saunders | N/A | Swabs of M. Martin |
| 11B | | F. Anderson | Saunders | N/A | Swabs of QD (Weston) |
| 12 | | F. Anderson | | 237-242 | Photo of QD's Hand |
| 13 | | Rousseau | Saunders | N/A | Swabs of S. Fisher |
| 14 | | Rousseau | Griffith | N/A | Swabs of QD (Beauty Salon) |
| 15A | | M. Martin | Reid/ Smith | 1048 | Photo of Jahmal Martin |
| 15B | | M. Martin | Smith | 976 | Photo of Jamarquis Reid |
| 15C | | M. Martin | Reid | 1046 | Photo of Willie Smith |
| 15D | | M. Martin | Reid | 49 | Photo of Sylvester Fisher |
| 16A-C | | Phan | | 3299 | Photos of Little Caesar's |
| 17 | | Otano | | 2088 | Walgreens Surveillance Video |
| 18 | | Gonzalez | | 3229 | Advance Auto Surveillance Video |
| 19A-H | | Rojas | | 1236-1266 | Photos of Beauty Salon |
| 20A-C | | Negron | | 1115-1124 | Photos of Tae Kwon Do Studio |
| 21A-G | | Negron | | 1128-1171 | Photos of Chevy Impala |

2

| 22 | | Negron | | 2086 | Note With License Plate Number |
|---|---|---|---|---|---|
| 23 | | Albury | Bolivar | N/A | Roc-A-Wear Shirt/hat from Chevy Impala |
| 24 | | A. Brooks | | 3228 | Wendy's Surveillance Video |
| 25 | | A. Brooks | | 2067 | Wendy's Photo |
| 26A-C | | A. Brooks | | 2066 | Photo of Red Chevy |
| 27 | | W. Smith | | N/A | W. Smith Phone |
| 28 | | W. Smith | | 3211 | Photo of Long Revolver |
| 29 | | De La Paz | Tompkins | N/A | J. Martin Phone |
| 30 | | Tompkins | | 3211 | W. Smith Contact List |
| 31 | | Tompkins | | 2993/1069-1076 | J. Martin Contact List |
| 32 | | Bosillo | | 2257-2422 | Reid Phone Records |
| 33 | | Bosillo | | 2423-2614 | Smith Phone Records |
| 34 | | Bosillo | | 2124-2255 | J. Martin Phone Records |
| 35 | | Bosillo | | 2619-2801 | QD Phone Records |
| 36 | | Bosillo | | 3030-3210 | Cell Site Glossary |
| 37A | | M. Jacobs | | 1853-1874/ 3234-3245 | Cell Site Maps: Little Caesar's |
| 37B | | M. Jacobs | | 1829-1850/ 3246-3251 | Cell Site Maps: Amerika Gas Station |

| | | | | | |
|---|---|---|---|---|---|
| 37C | | M. Jacobs | | 1990-2007/ 3252-3262 | Cell Site Maps: Walgreens |
| 37D | | M. Jacobs | | 1878-1925/ 3263-3285 | Cell Site Maps: Advance Auto Parts |
| 37E | | M. Jacobs | | 1932-1963/ 3286-3291 | Cell Site Maps: Universal Beauty Salon |
| 37F | | M. Jacobs | | 1969-1984/ 3292-3297 | Cell Site Maps: Wendy's |
| 38 | | J. Gariepy | | 1787-1788 | Sanford Mayor's Surveillance Video |
| 39A-B | | D. Ripley | | 1790 | Sanford Mayor's Photos |
| 40 | | D. Ripley | J. Gariepy | N/A | Sledgehammer |
| 41 | | D. Ripley | Varan | N/A | Swabs of QD's Blood From Glass |
| 42 | | S. Cleveland | Varan | N/A | QD Swabs (Sanford) |
| 43 | | N/A | | N/A | Stipulations |
| 44 | | | | | PHOTO 4x6 WALGREENS |
| 45 | | | | | PHOTO |
| 46A-C | | | | | PHOTOS (8x10) house & car |
| 48A-J | | | | | PHOTOS (8x10) car |
| 49 | | | | | METRO PCS records |