AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DEFENDANT'S EXHIBIT AND WITNESS LIST**

QUARTAVIOUS DAVIS v.

Case Number: 10-20896-CR-LENARD/GOLD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALAN S. GOLD | ROY ALTMAN, AMANDA PERWIN | MICHAEL GELMAN |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| JANUARY 30, 2012 | JOSEPH MILLIKAN | MARITZA NICADO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 105 | 2/7/12 | | ✓ | PHOTOCOPY OF CALENDAR SHEET |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages