# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America
    Plaintiff(s)

Case No. 10-20896-CR-GOLD

vs.

Quartavious Davis
    Defendant(s)

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
    Item Nos. _____

☒ Other (Explain): Trial Exhibits

☐ Attachments
(Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Roy Altman
AGENCY OF FIRM: AUSA.
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED BY: Maritza Nicado
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record