UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 10-20896-CR-ASG**

UNITED STATES OF AMERICA

v.

QUARTAVIOUS DAVIS,

    **Defendant.**
_____/

**UNOPPOSED MOTION TO CONTINUE THE SENTENCING DATE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Unopposed Motion to Continue the Sentencing Date.

1. On February 9, 2012, the defendant, QUARTAVIOUS DAVIS, was convicted after a jury trial. DE: 293.

2. On February 24, 2012, the Court scheduled the defendant's sentencing hearing for Thursday, April 19, 2012. DE: 302.

3. On April 9, 2012, the undersigned began a trial in front of the Honorable Cecilia M. Altonaga, United States District Court Judge. *See United States v. Marcus Talley and Eddie Talley*, 10-20848-CR-CMA. When the trial began, the undersigned was not sure how long this trial would take. It is now clear, however, that the trial will, in all likelihood, continue through Thursday, April 19, 2012 – the date of the sentencing hearing in this case.

4. The undersigned therefore respectfully requests that the Court continue the sentencing hearing in this case until Friday, April 27, 2012.

5. The undersigned has conferred with Michael Zelman, attorney for the defendant, who advised that he has no objection to this Motion. Mr. Zelman also advised that, in the event this

Motion is granted, he would prefer that the sentencing take place at 10 a.m.

                                                Respectfully submitted,

                                                WIFREDO A. FERRER
                                                UNITED STATES ATTORNEY

                               By:   *s/ Roy K. Altman*
                                    Roy K. Altman
                                    Assistant United States Attorney
                                    Court Identification No. A5501271
                                    99 N.E. 4th Street
                                    Miami, FL   33132
                                    Tel: 305 961-9435
                                    Email: Roy.Altman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                *s/ Roy K. Altman*
                                                Roy K. Altman
                                                Assistant United States Attorney