UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10cr20896-Lenard

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUARTAVIOUS DAVIS, et al.,

    Defendants.
_____/

MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR DEFENDANT DAVIS
AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL

    Undersigned counsel, appointed to represent Defendant QUARTAVIOUS DAVIS in this case pursuant to the Criminal Justice Act (CJA), moves to withdraw and requests that substitute CJA counsel be appointed to further represent the defendant. The basis for this motion is as follows:

    1.    Since the defendant's first appearance the undersigned has continuously represented the defendant pursuant to a CJA appointment.

    2.    On April 30, 2012, following jury trial, the defendant was sentenced and received a term of imprisonment totaling 1,941 months.[1]

    3.    Beginning shortly after verdict, and continuing through the present, the defendant and the undersigned have discussed future litigation and the need for appropriate

---

[1] As of this date judgment has not been entered and accordingly a Notice of Appeal has as yet not been filed.

counsel to represent the defendant as that litigation may develop.  These discussions have resulted in the conclusion by both the defendant and the undersigned that new counsel should be appointed to replace the undersigned.[2]

WHEREFORE, undersigned counsel respectfully urges this Court to grant withdrawal and appoint substitute counsel.

## CERTIFICATE OF SERVICE

I certify that on May 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing, and that a copy hereof was served by U.S. Mail to:  Quartavious Davis, 96427-004, Federal Detention Center, P.O. Box 019120, Miami, FL  33101-9120.

    Respectfully Submitted,

    Michael Zelman
    Counsel for Defendant Davis
    19 W. Flagler Street, Suite 407
    Miami, Florida 33130
    Tel. Number: (305) 358-1600

      S/ Michael Zelman
    Michael Zelman (Fla. Bar No. 241733)

---

[2] Should the Court find it necessary or appropriate the undersigned will provide details regarding these discussions in either an *ex parte* filing or proceeding.