# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 10-20896-CR-LENARD

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **QUARTAVIOUS DAVIS,** | |
| **Defendant.** | |
| _____/ | ) |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States, through the undersigned Assistant United States Attorney, hereby respectfully moves to continue Quartavious Davis's (hereinafter "the defendant's) re-sentencing, currently scheduled for March 11 (DE407). On March 9, 2016, the defendant filed a sentencing memorandum and two motions—one seeking to dismiss the indictment in his case and the other seeking to vacate his convictions (DE409, 410, 411). Accordingly, the United States respectfully requests a continuance of the defendant's sentencing hearing, so that responses to the sentencing memorandum and motions can be properly prepared and filed.

The undersigned has conferred with counsel for the defendant, who has indicated she has no objection to the request herein.

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/Amanda Perwin*
Amanda Perwin
Assistant United States Attorney
Florida Bar No. 46814
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9061
Fax: (305) 536-4699

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2016, a true and correct copy of the foregoing was filed with the Court via CM/ECF.

          *s/ Amanda Perwin*
          Amanda Perwin
          Assistant United States Attorney